IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FIDELITY NATIONAL TITLE           )
INSURANCE COMPANY, SUCCESSOR-     )
BY-MERGER TO LAWYERS TITLE        )
INSURANCE CORPORATION             )           Case No.4:10-cv-01890-CEJ
                                  )
        Plaintiff,                )
                                  )
vs.                               )
                                  )
CAPTIVA LAKE INVESTMENTS, L.L.C., )
                                  )
        Defendant.                )

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Pursuant to the Order Amending Deadlines dated November 1, 2011 and F.R.C.P.

26(a)(2), plaintiff Fidelity National Title Insurance Company, successor-by-merger to Lawyers

Title Insurance Corporation designates the following expert witnesses:

1.      Cara L. Detring, Esq.
        Preferred Land Title, L.L.C.
        P.O. Box 708, 12 W. 1st Street
        Farmington, Missouri 63640
        (573) 756 – 6721

Ms. Detring has not been retained or specially employed to provide expert testimony in

this case, nor is she plaintiff's employee whose duties regularly involve giving expert testimony.

2.      J. Bushnell Nielson, Esq.
        Reinhart Boerner Van Deuren S.C.
        N16 W23250 Stone Ridge Drive, Suite One
        Waukesha, Wisconsin 53188
        (262) 951 – 4515
        (Retained expert, not to be contacted directly.)

Mr. Nielson is being retained for the specific purpose of providing expert testimony in

this matter and plaintiff is obligated to submit a written report prepared by Mr. Nielson.  Due to

extenuating and unforeseen circumstances, plaintiff is unable to submit Mr. Nielson's report and has contemporaneously herewith moved for Partial Extension of Deadline Relating to Supporting Expert Witnesses and by which it requests that the Court allow it to submit Mr. Nielson's report on Friday, December 9, 2011.

3.     Plaintiff cross-designates all experts designated by defendant Captiva Lake Investments, L.L.C. and reserves the right to call as an expert and elicit expert testimony from any such witnesses.

Respectfully submitted,

MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

/s/ Shawn T. Briner_____
Shawn T. Briner, #47286MO
Mary W. Giles, #58708MO
7733 Forsyth, Suite 1975
St. Louis, MO  63105
Telephone:     (314) 862-5200
Facsimile:     (314) 863-4600
stb@mllfpc.com
mwg@mllfp.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served to all counsel of record on the 21st day of November, 2011 via the Court's ECF system.

/s/ Shawn T. Briner_____