IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, SUCCESSOR-BY-MERGER TO LAWYERS TITLE INSURANCE CORPORATION | )<br>)<br>)<br>) Case No.4:10-cv-01890-CEJ<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| CAPTIVA LAKE INVESTMENTS, L.L.C., | )<br>) |
| Defendant. | ) |

## **WITHDRAWAL OF COUNSEL**

COMES NOW Mary W. Giles and hereby withdraws as counsel for plaintiff Fidelity National Title Insurance Company, successor-by-merger to Lawyers Title Insurance Corporation in this matter. Shawn T. Briner, Thomas J. Fritzlen, and the law firm of Martin, Leigh, Laws & Fritzlen, P.C., remain as counsel of record for Plaintiff.

        Respectfully submitted,

        MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

        /s/ Mary W. Giles
        Thomas J. Fritzlen, Jr. #34653MO
        Shawn T. Briner, #47286MO
        Mary W. Giles, #58708MO
        16305 Swingley Ridge Road, Suite 350
        Chesterfield, MO  63017
        Telephone:   (636) 534-7600
        Facsimile:    (636) 534-5520
        tjf@mllfpc.com
        stb@mllfpc.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and complete copy of the foregoing was served on the 10th day of September, 2014 via the Court's ECF system upon all counsel of record.

                                            /s/ Shawn T. Briner_____