**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

## United States District Carol E. Jackson

### MINUTES OF CIVIL JURY/NON JURY TRIAL

Date __July 23, 2015__   Trial Day __8__   Case No. __4:10cv1890 CEJ__

__Captiva Lake Investments, LLC__   Vs.   __Fidelity National Title Insurance Company__

Parties present for ✗ JURY TRIAL ☐ NON JURY TRIAL

Court Reporter __Susan Moran__   Deputy Clerk __Katie Stamm__

Attorney(s) for Plaintiff(s) __John Hessel, Richard Wunderlich, Steven Hall__

Attorney(s) for Defendant(s) __Thomas Fritzlen, Shawn Briner__

☐ Jury impaneled and sworn.   ☐ Opening Statement(s) of   ☐ Plaintiff(s)   ☐ Defendant(s) made.

☐ Plaintiff(s) evidence ☐ commenced ☐ resumed ☐ and ☐ but not   ☐ concluded.

✓ Defendant(s) evidence  ☐ commenced  ✓ <u>resumed</u>   ✓ <u>and</u>   ☐ but not  ✓ <u>concluded</u>.

☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not   ☐ concluded.

☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

✓ <u>Motion for Judgment as a Matter of Law by defendant Fidelity at close of all evidence</u>

<u>Argued and denied by the Court</u>.

✓ Closing Arguments of counsel made.   ☐ Case taken under advisement.

☐ (Simultaneous) briefs due _____.   ☐ Case is settled.   Dismissal papers due_____

✓ Jury charged and retires to consider its verdict(s) at __4:50 p.m.__   ☐ Verdict(s) returned at _____

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact,
    retires to consider its verdict(s) at _____   ☐ Verdict(s) returned at _____

☐ Jury unable to agree upon its verdict(s) by _____ is excused to resume deliberations _____

☐ The Court declares a MISTRIAL.   ☐ Trial is reset_____.

☐ On motion of   ☐ plaintiff   ☐ defendant   ☐ Court the jury is polled.

✓ Proceedings to continue __7/24 @ 8:30 for deliberations.__

☐ Judgment is entered accordingly this date.   ☐ Depositions   ☐ Exhibits retained by   ☐ Court   ☐ Counsel.

<u>  The Court did accept the Offer of Proof as read into the record by Fidelity re: J. Bushnell Nielsen.   After hearing arguments, the Court refused Proposed Instructions by Fidelity marked A,B,C,D,E,F&G.</u>

<u>At the request of the jury, all exhibits were taken to the jury deliberations room.</u>

**COMMENCED:** __2:00PM-4:50PM__   **CONCLUDED:** __7:18PM – 7:20PM__

**COMMENCED:** _____   **CONCLUDED:** _____