UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CAPTIVA LAKE INVESTMENTS, LLC,    )
                                  )
        Plaintiff,                )
                                  )
    vs.                           )        Case No. 4:10-CV-1890 (CEJ)
                                  )
FIDELITY NATIONAL TITLE INSURANCE )
COMPANY,                          )
                                  )
        Defendant.                )

## JUDGMENT

In accordance with the verdict of the jury,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of plaintiff Captiva Lake Investments, LLC, and against defendant Fidelity National Title Insurance Company in the amount of $6,289,992.00 plus the statutory penalty in the amount of $629,149.20, for a total of $6,919,141.20.

The defendant shall bear the costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 27th day of July, 2015.