*STUART, MAUE, MITCHELL & JAMES*

**EXHIBIT A
SUMMARY OF FEES AND EXPENSES BILLED
FOR THE AUDIT PERIOD
Lewis Rice LLC**

| INVOICE NUMBER | MATTER | MATTER NUMBER | SERVICES FROM | SERVICES THROUGH | DATE OF INVOICE | FEES BILLED | EXPENSES BILLED | TOTAL BILLED |
|---|---|---|---|---|---|---|---|---|
| 10 | Captiva Lake Investments v. Fidelity National | 10 | 06/18/2010 | 07/24/2015 | 07/31/2015 | 2,162,740.00 | 31,021.66 | 2,193,761.66 |
| | | | | | | $2,162,740.00 | $31,021.66 | $2,193,761.66 |