EXHIBIT G
DUTY TO DEFEND - BREACH OF CONTRACT TASKS
Lewis Rice LLC

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Hall, S | 18.88 | 6,418.63 |
| Kohler, J | 14.37 | 4,884.67 |
| Milunski, S | 1.30 | 442.00 |
| Phillips, J | 31.52 | 10,715.67 |
| Scott, D | 2.97 | 1,008.67 |
| Wunderlich, R | 1.00 | 340.00 |
| | 70.03 | $23,809.63 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Captiva Lake Investments v. Fidelity National | 70.03 | 23,809.63 |
| | 70.03 | $23,809.63 |

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 01/25/11 Tue | Hall, S 10/89 | 2.60 | 0.43 | 147.33 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 WORK ON RESEARCH RE FILING SUR-REPLY TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISMISS;<br>2 DRAFT AND FILE MOTION FOR LEAVE TO FILE SUR-REPLY;<br>3 WORK ON RESEARCH RE BASIS FOR DISMISSAL OF DECLARATORY JUDGMENT COUNTERCLAIM UNDER FEDERAL LAW;<br>4 RESEARCH DAMAGES TO BE PLED RE SUSTAINING CLAIM AGAINST INSURER FOR FAILING TO DEFEND OR INDEMNIFY;<br>5 RESEARCH RANGE OF ATTORNEY FEES RECOVERABLE AGAINST INSURER FAILING TO TENDER DEFENSE OF INSURED;<br>6 DRAFT AND FILE SUR-REPLY |
| 05/18/11 Wed | Hall, S 10/134 | 3.60 | 3.60 | 1,224.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 WORK ON CORRESPONDENCE TO M. BLANCHARD RE SCOPE OF REPRESENTATION;<br>2 REVIEW CLIENT DOCUMENTS FOR EARLIEST COMMUNICATION EXCLUSIVELY LIMITING SCOPE OF MECHANIC'S LIENS REPRESENTATION TO LITIGATION RE PRIORITY OF LIENS |
| 05/19/11 Thu | Hall, S 10/135 | 1.80 | 1.80 | 612.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 REVISE CORRESPONDENCE TO M. BLANCHARD RE SCOPE OF REPRESENTATION OF CAPTIVA;<br>2 CONFERENCE RE SAME;<br>3 REVIEW E-MAIL CORRESPONDENCE RE SAME |
| 05/20/11 Fri | Hall, S 10/137 | 0.40 | 0.40 | 136.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 TELEPHONE CONFERENCE WITH D. STEGMANN AND J. BARNES RE CORRESPONDENCE TO M. BLANCHARD RE SCOPE OF REPRESENTATION OF CAPTIVA |
| 11/03/11 Thu | Kohler, J 10/233 | 1.40 | 0.70 | 238.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 LEGAL RESEARCH RE POTENTIAL EXPERT WITNESS;<br>2 CONFERENCE RE RECOVERABLE DAMAGES FOR BREACH OF TITLE INSURANCE |
| 11/04/11 Fri | Kohler, J 10/236 | 2.00 | 1.00 | 340.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 REVIEW CLIENT DOCUMENTS;<br>2 LEGAL RESEARCH RE RECOVERABLE DAMAGES FOR BREACH OF TITLE INSURANCE AGREEMENT |
| 11/07/11 Mon | Kohler, J 10/238 | 7.10 | 7.10 | 2,414.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 LEGAL RESEARCH RE RECOVERABLE DAMAGES FOR BREACH OF TITLE INSURANCE AGREEMENT |
| 11/08/11 Tue | Kohler, J 10/239 | 13.00 | 2.17 | 736.67 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 RESEARCH RE DISTINCTION BETWEEN RECOVERY OF DAMAGES FOR BREACH OF TITLE INSURANCE AGREEMENT AND RECOVERY UNDER TITLE INSURANCE AGREEMENT;<br>2 RESEARCH RE RECOVERABILITY OF CONSEQUENTIAL AND/OR SPECIAL DAMAGES RE TITLE INSURANCE;<br>3 RESEARCH RE DIFFERENCE IN RECOVERY RE MORTGAGEE/LENDER AND OWNER TITLE INSURANCE;<br>4 RESEARCH RE RECOVERY OF EXPENSES;<br>5 CONFERENCE RE SAME;<br>6 RESEARCH RE POTENTIAL EXPERT WITNESSES |
| 11/09/11 Wed | Kohler, J 10/244 | 3.40 | 3.40 | 1,156.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 DRAFT MEMORANDUM RE RECOVERABLE DAMAGES UNDER MISSOURI LAW FOR BREACH OF MORTGAGEE TITLE INSURANCE CONTRACT;<br>2 CONFERENCE RE SAME |

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 02/03/12 Fri | Hall, S 10/383 | 3.10 | 1.24 | 421.60 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 ANALYZE DOCUMENTS RE SCOPE OF SAUERWEIN LAW FIRM'S REPRESENTATION OF CAPTIVA;<br>2 REVIEW DOCUMENTS RE SAME;<br>3 DRAFT AMENDED DEPOSITION NOTICES FOR K. WEIDENMAN AND K. WATTS;<br>4 E-MAIL CORRESPONDENCE TO AND FROM S. BRINER RE SAME AND RE OTHER DISCOVERY ISSUES;<br>5 PREPARE MATERIALS FOR USE AT M. BLANCHARD DEPOSITION |
| 02/06/12 Mon | Hall, S 10/388 | 1.60 | 0.40 | 136.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 PREPARE MATERIALS FOR DEPOSITIONS OF M. BLANCHARD, L. PERNA AND PERSONS ASSOCIATED WITH LANDCHOICE TITLE COMPANY;<br>2 CONFERENCE RE SAME AND RE CONTENTS OF DOCUMENTS RECENTLY PRODUCED BY FIDELITY;<br>3 E-MAIL CORRESPONDENCE TO AND FROM S. BRINER RE M. BLANCHARD DEPOSITION;<br>4 REVIEW QUESTEC MATERIALS TO DOCUMENT WORK DEFICIENCIES THE SAUERWEIN LAW FIRM FAILED TO CAPITALIZE ON |
| 02/08/12 Wed | Hall, S 10/392 | 1.60 | 0.80 | 272.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 REVIEW QUESTEC MATERIALS TO DOCUMENT WORK DEFICIENCIES THE SAUERWEIN LAW FIRM FAILED TO CAPITALIZE ON;<br>2 E-MAIL CORRESPONDENCE TO AND FROM C. LINDQUIST RE DEPOSITION |
| 06/29/12 Fri | Wunderlich, R 10/592 | 1.50 | 1.00 | 340.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 REVIEW INFORMATION FROM B. STEGMANN;<br>2 WORK ON ISSUES RE TRIAL THEME RE FAILURE TO PROVIDE DEFENSE AND<br>3 GATHER INFORMATION TO LIMIT AND DEFEAT LIENS ON BASIS OF FAILURE TO PROVIDE WORK ON MATERIALS AND LIEN WAIVERS PROVIDED |
| 09/19/12 Wed | Hall, S 10/662 | 6.30 | 1.80 | 612.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 LEGAL RESEARCH RE REJECTED SUFFERED AND ASSUMED COVERAGE DEFENSE CASES;<br>2 WORK ON MOTION IN LIMINE RE EXCLUDING EVIDENCE RELATED TO ANY COVERAGE DEFENSE;<br>3 E-MAIL CORRESPONDENCE TO AND FROM W. SAUERWEIN RE DOCUMENTS PRODUCED;<br>4 EDIT PRESUMED COVERAGE JURY INSTRUCTIONS;<br>5 DRAFT TRIAL BRIEF;<br>6 E-MAIL CORRESPONDENCE TO S. BRINER RE PRETRIAL MATTERS;<br>7 PREPARE TRIAL EXHIBIT OUTLINE |
| 10/02/12 Tue | Milunski, S 10/703 | 1.30 | 1.30 | 442.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 RESEARCH RE INSURER'S DUTY TO DEFEND AND DUTY OF INDEMNIFICATION |
| 11/16/12 Fri | Hall, S 10/784 | 4.50 | 1.13 | 382.50 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 REVIEW SUMMARY JUDGMENT PLEADINGS RE CASES INVOLVING FIDELITY AND AFFILIATED COMPANIES WHEREIN FIDELITY DENIED COVERAGE OR DELAYED MAKING A COVERAGE DETERMINATION;<br>2 REVIEW COURT ORDERS;<br>3 CONFERENCE RE SAME;<br>4 CORRESPONDENCE TO S. BRINER RE DEMAND FOR PRODUCTION OF DOCUMENTS |
| 12/19/12 Wed | Hall, S 10/811 | 2.30 | 1.15 | 391.00 | *MATTER NAME: Captiva Lake Investments v. Fidelity National*<br>1 WORK ON MOTION FOR SUMMARY JUDGMENT;<br>2 RESEARCH RE BREACH OF INSURANCE POLICY WHEN INSURER DEFENDS SUBJECT TO RESERVATION OF RIGHTS |

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|---|---|---|---|---|---|---|
| 01/10/13 Thu | Hall, S 10/830 | 7.60 | 1.52 | 516.80 | | *MATTER NAME: Captiva Lake Investments v. Fidelity National* |
| | | | | | 1 | WORK ON MOTIONS TO COMPEL AND FOR SANCTIONS; |
| | | | | | 2 | DRAFT LANGUAGE FOR RESPONSE TO FIDELITY'S STATUS UPDATE FILED WITH THE COURT; |
| | | | | | 3 | TELEPHONE CONFERENCE WITH T. WHITLEDGE RE AFFIDAVIT; |
| | | | | | 4 | REVIEW T. WHITLEDGE AFFIDAVIT; |
| | | | | | 5 | RESEARCH RE WHAT CONSTITUTES A BREACH OF THE DUTY TO DEFEND WHEN AN INSURER DEFENDS SUBJECT TO A RESERVATION OF RIGHTS |
| 10/23/13 Wed | Hall, S 10/1126 | 7.20 | 1.80 | 612.00 | | *MATTER NAME: Captiva Lake Investments v. Fidelity National* |
| | | | | | 1 | WORK ON GROUPING DOCUMENTS SUPPORTING VARIOUS THEMES, INCLUDING CLAIM DENIAL, SCOPE OF REPRESENTATION, AND REPRESENTATIONS RE WHO M. BLANCHARD REPRESENTED; |
| | | | | | 2 | RESEARCH RE POSSIBLE ADDITION OF FRAUD CLAIM AGAINST FIDELITY; |
| | | | | | 3 | DRAFT RESEARCH MEMORANDUM RE SAME; |
| | | | | | 4 | RESEARCH RE WHAT INSURER MUST TELL INSURED WHEN RESERVATION OF RIGHTS DEFENSE IS OFFERED |
| 04/17/15 Fri | Phillips, J 10/1611 | 7.00 | 7.00 | 2,380.00 | | *MATTER NAME: Captiva Lake Investments v. Fidelity National* |
| | | | | | 1 | RESEARCH WHETHER AN INSURER CAN DENY COVERAGE ON ONE BASIS AND LATER DENY COVERAGE ON A DIFFERENT BASIS; |
| | | | | | 2 | RESEARCH WHETHER AN INSURER CAN BE ESTOPPED FROM ASSERTING A POLICY DEFENSE WHEN IT BREACHES ITS DUTY TO DEFEND/INDEMNIFY |
| 04/30/15 Thu | Phillips, J 10/1654 | 4.60 | 4.60 | 1,564.00 | | *MATTER NAME: Captiva Lake Investments v. Fidelity National* |
| | | | | | 1 | RESEARCH ISSUES RE DAMAGES FOR BREACH OF MORTGAGEE'S TITLE INSURANCE POLICY |
| 05/08/15 Fri | Hall, S 10/1678 | 8.40 | 1.05 | 357.00 | | *MATTER NAME: Captiva Lake Investments v. Fidelity National* |
| | | | | | 1 | PREPARE FOR TRIAL, INCLUDING RESEARCH RE POSSIBLE MISSING COMMUNICATIONS BETWEEN M. DICKHUTE AND THE SAUERWEIN LAW FIRM TO INVOKE ADVERSE INFERENCE, |
| | | | | | 2 | RESEARCH RE TRIAL EXHIBITS TO FILL IN FACTUAL GAPS IN PLAINTIFF'S CASE/STORY, AND |
| | | | | | 3 | RESEARCH RE WAIVER ARGUMENT IN THAT COVERAGE DEFENSES ARE WAIVED WHEN AN INDEMNITY OBLIGATION IS PAID; |
| | | | | | 4 | CONFERENCE RE J. ZANOLA DEPOSITION AND WHAT MAY BE REQUIRED TO BOLSTER HIS TESTIMONY; |
| | | | | | 5 | E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCES WITH CLIENT RE TRIAL ISSUES; |
| | | | | | 6 | E-MAIL CORRESPONDENCE TO S. BRINER RE DISCOVERY; |
| | | | | | 7 | RESEARCH RE RECENT CASES ON VEXATIOUS REFUSUAL; |
| | | | | | 8 | OUTLINE RE POSSIBLE MOTIONS IN LIMINE |
| 05/18/15 Mon | Phillips, J 10/1711 | 6.00 | 6.00 | 2,040.00 | | *MATTER NAME: Captiva Lake Investments v. Fidelity National* |
| | | | | | 1 | RESEARCH WHETHER FIDELITY CAN BE ESTOPPED FROM ASSERTING COVERAGE DEFENSES |
| 05/19/15 Tue | Phillips, J 10/1712 | 6.90 | 3.45 | 1,173.00 | | *MATTER NAME: Captiva Lake Investments v. Fidelity National* |
| | | | | | 1 | REVIEW DOCUMENTS IN M. GROSS COMMUNICATIONS; |
| | | | | | 2 | RESEARCH WHETHER FIDELITY CAN BE ESTOPPED FROM ASSERTING COVERAGE DEFENSES |
| 05/29/15 Fri | Phillips, J 10/1753 | 2.30 | 2.30 | 782.00 | | *MATTER NAME: Captiva Lake Investments v. Fidelity National* |
| | | | | | 1 | RESEARCH SOURCES INDICATING THAT COUNSEL SHOULD LOOK TO WORKMANSHIP DEFENSE WHEN DEFENDING A MECHANIC'S LIEN |
| 05/29/15 Fri | Phillips, J 10/1754 | 0.80 | 0.80 | 272.00 | | *MATTER NAME: Captiva Lake Investments v. Fidelity National* |
| | | | | | 1 | RESEARCH SOURCES INDICATING THAT COUNSEL SHOULD LOOK TO WORKMANSHIP DEFENSE WHEN DEFENDING A MECHANIC'S LIEN |

EXHIBIT G
DUTY TO DEFEND - BREACH OF CONTRACT TASKS
Lewis Rice LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|---|---|---|---|---|---|---|
| 05/30/15 Sat | Phillips, J 10/1756 | 1.30 | 1.30 | 442.00 | 1 | *MATTER NAME: Captiva Lake Investments v. Fidelity National* <br> RESEARCH RE DEFENSES TO MECHANIC'S LIEN |
| 06/01/15 Mon | Hall, S 10/1765 | 8.80 | 1.76 | 598.40 | 1<br>2<br>3<br>4<br>5 | *MATTER NAME: Captiva Lake Investments v. Fidelity National* <br> PREPARE FOR DEPOSITION OF G. DAWLEY; <br> RESEARCH RE POSSIBLE STIPULATION OF FIDELITY'S NET WORTH; <br> RESEARCH RE WHAT CONSTITUTES A PROPER DEFENSE IN A MECHANIC'S LIEN CASE; <br> CORRESPONDENCE WITH J. UECKER RE POSSIBLE TESTIMONY; <br> CONFERENCE WITH CLIENTS RE G. DAWLEY AND B. NIELSEN DEPOSITIONS |
| 06/01/15 Mon | Phillips, J 10/1763 | 3.20 | 3.20 | 1,088.00 | 1 | *MATTER NAME: Captiva Lake Investments v. Fidelity National* <br> RESEARCH RE DEFENSES TO MECHANIC'S LIEN IN PREPARATION FOR G. DAWLEY'S DEPOSITION |
| 07/11/15 Sat | Phillips, J 10/1953 | 8.60 | 2.87 | 974.67 | 1<br>2<br>3 | *MATTER NAME: Captiva Lake Investments v. Fidelity National* <br> RESEARCH RE DAMAGES FOR BREACH OF THE POLICY; <br> DRAFT JURY INSTRUCTION; <br> RESEARCH RE MARKETABILITY DAMAGES |
| 07/11/15 Sat | Scott, D 10/1954 | 5.30 | 1.77 | 600.67 | 1<br>2<br>3 | *MATTER NAME: Captiva Lake Investments v. Fidelity National* <br> LEGAL RESEARCH RE MEASURE OF DAMAGES RE FAILURE TO INDEMNIFY/BREACH OF CONTRACT; <br> DRAFT JURY INSTRUCTIONS RE COMPENSATORY DAMAGES; <br> CONFERENCE RE SAME |
| 07/20/15 Mon | Scott, D 10/1996 | 1.20 | 1.20 | 408.00 | 1 | *MATTER NAME: Captiva Lake Investments v. Fidelity National* <br> REVISE JURY INSTRUCTIONS RE BREACH OF CONTRACT, DAMAGES |
| Total | | | 70.03 | $23,809.63 | | |
| Number of Entries: | 32 | | | | | |

EXHIBIT G
DUTY TO DEFEND - BREACH OF CONTRACT TASKS
Lewis Rice LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Hall, S | 18.88 | 6,418.63 |
| Kohler, J | 14.37 | 4,884.67 |
| Milunski, S | 1.30 | 442.00 |
| Phillips, J | 31.52 | 10,715.67 |
| Scott, D | 2.97 | 1,008.67 |
| Wunderlich, R | 1.00 | 340.00 |
| | 70.03 | $23,809.63 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Captiva Lake Investments v. Fidelity National | 70.03 | 23,809.63 |
| | 70.03 | $23,809.63 |